J-S63012-19

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| Appellee | : | |
| v. | : | |
| DARRYL (DEWS) WEST, | : | |
| Appellant | : | No. 743 EDA 2019 |

Appeal from the PCRA Order Entered February 5, 2019
in the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0001366-2012
CP-51-CR-0001772-2012
CP-51-CR-0014064-2011

| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| Appellee | : | |
| v. | : | |
| DARRYL DEWS, | : | |
| Appellant | : | No. 744 EDA 2019 |

Appeal from the PCRA Order Entered February 5, 2019
in the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0001366-2012
CP-51-CR-0001772-2012
CP-51-CR-0014064-2011

| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| Appellee | : | |
| v. | : | |
| DARRYL DEWS, | : | |
| Appellant | : | No. 745 EDA 2019 |

Appeal from the PCRA Order Entered February 5, 2019
in the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0001366-2012
CP-51-CR-0001772-2012
CP-51-CR-0014064-2011

BEFORE: GANTMAN, P.J.E., MURRAY, J. and STRASSBURGER, J.*

DISSENTING STATEMENT BY STRASSBURGER, J.:

**FILED JANUARY 16, 2020**

I respectfully dissent because I would hold disposition of the instant appeal until after this Court's *en banc* review of the following appeals, ***Commonwealth v. Rebecca Johnson***, 2063 EDA 2018; ***Commonwealth v. Ron Larkin***, 2761 EDA 2018; and ***Commonwealth v. Jerome Johnson***, 1620 EDA 2018; 2045 EDA 2018; 2046 EDA 2018; and 2047 EDA 2018. On October 4, 2019, this Court ordered that the aforementioned appeals be listed before the next available *en banc* panel. The primary issues are whether (1) Appellant's inclusion of multiple court of common pleas docket numbers on his or her notices of appeal violates Pa.R.A.P. 341 and ***Commonwealth v.***

---

* Retired Senior Judge assigned to the Superior Court.

- 2 -

*Walker*, 185 A.3d 969 (Pa. 2018); and (2) if so, whether such violation necessitates quashal by this Court. Because these issues are precisely before us in the instant appeal, I would wait until disposition of the *en banc* cases before ruling on Appellant's appeal.